**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

| | |
|---|---|
| **BASEERAT JAVED, and** ) | |
| **TAHERA JAVED,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO.   3:17-cv-04626** |
| ) | |
| **SANDRA ARTHUR,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### MOTION TO WITHDRAW AS COUNSEL AND FOR FURTHER RELIEF

**COME NOW THE PLAINTIFFS'S COUNSEL**, Michael Santa Barbara, and moves that he be permitted to withdraw as counsel for the plaintiffs in the above entitled case, and that the scheduling order entered in this matter be vacated to permit the plaintiffs time to retain substitute counsel.  Counsel for the plaintiffs moves for this relief because he has determined that his workload is such that it is threatening his ability to competently and promptly represent the plaintiffs.  Counsel has written to the plaintiffs and explained the circumstances surrounding his need to withdraw.  At this juncture, provided the Court will vacate the present scheduling order, plaintiffs' counsel can withdraw without creating material adverse effects on the interests of the clients.

For the above stated reasons, counsel respectfully requests permission to withdraw, and that the scheduling order in this matter be vacated.

> **BASEERAT JAVED,
> TAHERA JAVED
> Plaintiffs
> By Counsel**

 */s/ Michael Santa Barbara*
**MICHAEL SANTA BARBARA
West Virginia Bar No.  5625
M. Santa Barbara Law Office
518 West Stephen St.
Martinsburg, WV 25401
msantabarbaralaw@gmail.com
(304) 264-0000**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

| | |
|---|---|
| **BASEERAT JAVED, and** ) | |
| **TAHERA JAVED,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.  3:17-cv-04626** |
| ) | |
| **SANDRA ARTHUR,** ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

The undersigned,  counsel for the Plaintiffs herein, does hereby certify that on this 26th day of June, 2018, he did served a true and correct copy of the foregoing ***Motion to Withdraw and Counsel and for Further Relief*** by filing the same with the Court's electronic filing system, and by placing the same in United States Mail, first class postage prepaid, and addressed to the below named persons:

**Michael L. Powell, Esq.
Lamp Bartram Levy Trautwein & Perry, PLLC
720 Fourth Avenue
P.O. Box 2488
Huntington, WV 25725**
*Counsel for Defendant*

**Baseerat Javed
Tahera Javed
17113 Sea Skiff Way
Dumfries, VA 22026-3016**

 */s/ Michael Santa Barbara*
**Michael Santa Barbara
WV State Bar No. 5625
M. Santa Barbara Law Office
518 West Stephen Street
Martinsburg, WV 25401
(304) 264-0000 telephone
(304) 263-2527 facsimile transmission
Msantabarbaralaw@gmail.com**